AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     DELAWARE

ELAINE L. CHAO, SECRETARY OF LABOR
UNITED STATES DEPARTMENT OF LABOR

V.

IT FACTORY SOLUTION, INC. AND PUTNAM
FIDUCIARY TRUST COMPANY

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:    05-843

TO: (Name and address of Defendant)

IT FACTORY SOLUTION, INC.
C/O Secretary of State, Division of Corporations
401 Federal Street
Dover, DE 19901

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mark Swirsky
Department of Labor
Office of the Solicitor, 170 S. Independence Mall West, The Curtis, Ctr.,
Suite 630E, Philadelphia, PA 19106

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                    DEC 0 5 2005

CLERK    *Monica Mosley* (signature)        DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE December 13, 2005 |
| NAME OF SERVER *(PRINT)* Mark Swirsky | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):  By mail to Delaware Secretary of State pursuant to 8 Del. C. Ann. Section 321(b)

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  January 10, 2006
                  Date

*Signature of Server*
The Curtis Center, Suite 630E
170 S. Independence Mall West
Philadelphia, PA 19106
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.