UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

---

ELAINE L. CHAO, SECRETARY OF LABOR, :
UNITED STATES DEPARTMENT OF LABOR, :
:
        Plaintiff, :
   v. : Civ. Act. No. 05-843 (GMS)
:
IT FACTORY SOLUTION, INC., and PUTNAM :
FIDUCIARY TRUST COMPANY, :
:
        Defendants. :

---

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel for Plaintiff moves the admission *pro hac vice* of **MARK V. SWIRSKY** as counsel to represent the Secretary of Labor in this matter.

        Respectfully submitted,

        COLM F. CONNOLLY
        United States Attorney
        District of Delaware

        /s/ Rudolph Contreras
        RUDOLPH CONTRERAS
        Assistant U.S. Attorney
        Chief, Civil Division
        The Nemours Building
        1007 North Orange Street, Suite 700
        Wilmington, Delaware 19899-2046
        (302) 573-6277 ext. 154
Dated: January 13, 2006        Rudolph.Contreras@usdoj.gov

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date:_____

_____
Honorable Gregory M. Sleet
United States District Court Judge
District of Delaware

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Pennsylvania and the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Date: January 11, 2006

Signed: /s/ Mark V. Swirsky
Mark V. Swirsky
Attorney
U.S. Department of Labor
Office of the Solicitor
The Curtis Center, Suite 630E
170 S. Independence Mall West
Philadelphia, PA 19106
(215) 861-5146
PA No. 22862

## CERTIFICATE OF SERVICE

I hereby certify that on this ___13th___ day of January 2006, I electronically filed the attached MOTION AND ORDER FOR ADMISSION PRO HAC VICE with the Clerk of the Court using CM/ECF. I also mailed copies by first class mail to:

Secretary of State, Division of Corporations
401 Federal Street
Dover, DE 19901

and

Chris Fortier, Esq.
Putnam Investments
One Post Office Square
Boston, MA 02109

Rudolph Contreras
Chief, Civil Division
Assistant United States Attorney
1007 N. Orange Street, Suite 700
Wilmington, DE 19899-2046
(302) 573-6277, ext. 154