Jason A. Tucker
*Managing Director*

Senior Litigation Counsel
*One Post Office Square
Boston, Massachusetts 02109*
617-760-1977 fax 617-255-9212
jason_tucker@putnam.com

# PUTNAM INVESTMENTS

January 12, 2005

**BY OVERNIGHT DELIVERY**
United States District Court
Clerk's Office
844 North King Street
Lockbox 18
Wilmington, DE 19801

Dear Clerk of Courts:

> Re:   Elaine L. Chao, Secretary of Labor, United States Department of Labor v. IT Factory Solution, Inc. and Putnam Fiduciary Trust Company, Civil Action No. 05-843 GMS

  I am a Managing Director and the Senior Litigation Counsel for defendant Putnam Fiduciary Trust Company ("PFTC"). PFTC has been named as a defendant in the above referenced action solely because it is the custodian of the assets in the Solutions by Design, Inc. Money Purchase Plan (the "Plan"). The purpose of this letter is to inform the Court that PFTC will abide by any direction it receives from the Court, which might include turning the assets of the Plan over to an independent fiduciary appointed by the Court to administer the Plan. PFTC's position in this matter has already been communicated to counsel for the Department of Labor.

  Counsel for the Department of Labor has indicated to my colleague, Chris Fortier, that neither the Department of Labor nor the Department of Justice objects to Putnam seeking to answer the complaint through this letter in lieu of a more formal Answer.

Sincerely,

Jason A. Tucker

JAT/daw

cc: Mark V. Swirsky, Esq.
United States Department of Labor
Office of the Solicitor
The Curtis Center, Suite 630E
170 South Independence Mall West
Philadelphia, PA 19106-3306

Rudolph Contreras
Chief, Civil Division
Assistant United States Attorney
District of Delaware
1007 N. Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046

IT Factory Solution, Inc.
ATTN: Legal Department
8603 Westwood Center Drive
Vienna, VA 22182