IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
ELAINE L. CHAO, SECRETARY OF LABOR,        :
UNITED STATES DEPARTMENT OF LABOR,         :
                                           :
                Plaintiff,                 :
           v.                              : Civ. Act. No. 05-843 (GMS)
                                           :
IT FACTORY SOLUTION, INC., and PUTNAM      :
FIDUCIARY TRUST COMPANY,                   :
                                           :
                Defendants.                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

**REQUEST TO ENTER DEFAULT**

To the Clerk:

Please enter the default of defendant IT Factory Solution, Inc. for failure to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure. As indicated by the docket in this action, a copy of the complaint and summons was served on defendant IT Factory Solution, Inc., a void corporation, pursuant to Fed. R. Civ. P. 4(h)(1), by mailing it on December 13, 2005, to the Delaware Secretary of State pursuant to 8 Del. C. Ann. § 321(b). D.I. 2. An answer to that complaint or other responsive pleading was due on or about January 5, 2006. Id. As also indicated by the docket in this action, as of this date, defendant IT Factory Solution, Inc., has not filed an answer or other such responsive pleading. Accordingly, for the reasons set forth herein, the plaintiff respectfully requests that default judgment be

entered by the Clerk in favor of the plaintiff and against defendant IT Factory Solution, Inc.

          Respectfully submitted,

          Howard M. Radzely
          Solicitor of Labor

          Catherine Oliver Murphy
          Regional Solicitor

          _____/S/_____
          Mark V. Swirsky
          Attorney

          U.S. DEPARTMENT OF LABOR

          Colm F. Connolly
          United States Attorney

By:    _____/S/_____
          Rudolph Contreras
          Assistant U.S. Attorney
          Chief, Civil Division
          1007 N. Orange St., Suite 700
          P.O. Box 2046
          Wilmington, DE 19899-2046
          (302) 573-6277, X 154

Date: January 17, 2006          Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of January, 2006, I electronically filed the attached Request to Enter Default with the Clerk of the Court using CM/ECF. I have also served this document via first class mail on the following:

Jason A. Tucker, Esq.
Putnam Investments
One Post Office Square
Boston, MA 02109

Secretary of State
Division of Corporations
401 Federal Street
Dover, DE 19901

_____/S/_____
Rudolph Contreras
Assistant United States Attorney