IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SECRETARY OF LABOR CHAO | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-843 GMS |
| | ) | |
| IT FACTORY SOLUTION, INC., et al. | ) | |
| | ) | |
| Defendants | ) | |

**ORDER**

WHEREAS, on December 5, 2005, the plaintiff filed a Complaint against the above-captioned defendant, IT Factory Solution, Inc. ("IT")

WHEREAS, on December 16, 2005, a return of service was executed as to IT;

WHEREAS, the IT's answer to the Complaint was due on January 5, 2006;

WHEREAS, the court's docket reflects no answer or other responsive pleading filed by the defendant;

IT IS HEREBY ORDERED that:

1. The defendant IT Factory Solution, Inc., will answer or otherwise respond to the Complaint within five (5) days of the date of this Order.


January 20, 2006                    /s/ Gregory M. Sleet
                                    UNITED STATES DISTRICT JUDGE