IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---

ELAINE L. CHAO, SECRETARY OF LABOR, :
UNITED STATES DEPARTMENT OF LABOR, :
                                  :
              Plaintiff, :
    v.                       : Civ. Act. No. 05-843 (GMS)
                                  :
IT FACTORY SOLUTION, INC., and PUTNAM :
FIDUCIARY TRUST COMPANY, :
                                  :
             Defendants. :

---

## ORDER

UPON CONSIDERATION of the United States' motion to allow Department of Labor Attorney Mark V. Swirsky to appear without local counsel, the reasons stated therein, the lack of any opposition thereto, and the entire record herein, it is this 26th day of Jan., 2006 hereby

ORDERED that the United States' motion should be and it hereby is granted; and it is,

FURTHER ORDERED that, for this matter only, Local Rule 83.5(d) is waived, and Department of Labor Attorney Mark V. Swirsky is not required to associate with local counsel nor is the United States Attorney's Office required to sign pleadings nor attend proceedings with him; and it is,

FURTHER ORDERED that, for this matter only, the Clerk's Office provide Department of Labor Attorney Mark V. Swirsky with an Electronic Filing Log-In and

Password so that he may file pleadings in this Court without the participation of the United States Attorney's Office.

_____
Honorable Gregory M. Sleet
United States District Judge