IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SECRETARY OF LABOR CHAO | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No.  05-843 GMS |
| | ) | |
| IT FACTORY SOLUTION, INC., et al. | ) | |
| | ) | |
| Defendants | ) | |

## **ORDER**

WHEREAS, on December 5, 2005, the plaintiff filed a Complaint against the above-captioned defendant, IT Factory Solution, Inc. ("IT") (D.I. 1);

WHEREAS, on December 16, 2005, a return of service was executed as to IT (D.I. 2);

WHEREAS, the IT's answer to the Complaint was due on January 5, 2006;

WHEREAS, on January 20, 2006, the court entered an Order directing IT to answer or otherwise respond to the Complaint within five (5) days of the date of this Order (D.I. 7); and

WHEREAS, the court's docket reflects no answer or other responsive pleading filed by the defendant;

IT IS HEREBY ORDERED that:

1. The Clerk of Court shall enter a default in appearance pursuant to Federal Rule of Civil Procedure 55(a) against the defendant IT Factory Solution, Inc.


February 1,  2006                                    /s/ Gregory M. Sleet
                                                                  UNITED STATES DISTRICT JUDGE