IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SECRETARY OF LABOR CHAO | : |
| Plaintiff | : |
| v. | : Civil Action No. 05-843 GMS |
| | : |
| IT FACTORY SOLUTION, INC., et al. | : |
| Defendants | : |
| | : |

## **ENTRY OF DEFAULT**

It appearing from the file in this office that a return of service was filed showing service on the defendant IT Factory Solution, Inc. on December 16, 2005, and that said defendant has failed to file a pleading or otherwise defend, default is entered pursuant to Federal Rule of Civil Procedure 55(a).

PETER T. DALLEO, Clerk of Court

Dated: February 1, 2006

/s/
By: Marie McDavid, Deputy Clerk