IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---

ELAINE L. CHAO, SECRETARY OF LABOR, :
UNITED STATES DEPARTMENT OF LABOR,
                                    :     CIVIL ACTION
            Plaintiff,
                                    :
v.                                        No. 05-843 (GMS)

IT FACTORY SOLUTION, INC., and PUTNAM :
FIDUCIARY TRUST COMPANY,

---

### DECLARATION OF IN SUPPORT
### OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

I, Deborah A. Fee, hereby state that I am an Investigator with the Washington District Office of the Employee Benefits Security Administration ("EBSA"), United States Department of Labor, and make this declaration in support of Plaintiff's Motion for Default Judgment pursuant to Section 1746 of Title 28 of the United States Code:

1.  In the course of my duties with EBSA, I was assigned to conduct an investigation of the Solutions by Design, Inc. Money Purchase Plan (the "Plan") to determine whether any violations of Title I of the Employee Retirement Income Security Act of 1974 had occurred or were about to occur.

2.  My investigation has revealed the following facts:

    a.  IT Factory Solution, Inc. ("ITFS") is currently a void corporation under the laws of Delaware and was involuntarily dissolved by the Delaware Secretary of State.

    b.  Solutions by Design, Inc. ("SBD"), a Virginia corporation, was the administrator and sponsor of the Solutions by Design, Inc. Money Purchase Plan.



GOVERNMENT EXHIBIT B

      c.      In May 2000, SBD was acquired by IT Factory, Inc. ("ITF") and was merged with ITFS, a wholly owned subsidiary of ITF.

      d.      After the merger of SBD and ITFS, ITFS became the trustee of the Plan and the Plan Administrator.

      e.      The Plan is an employee benefit plan within the meaning of Section 3(3) of ERISA, 29 U.S.C. § 1002(3).

      f.      Putnam Fiduciary Trust Company ("Putnam") is the custodian of the Plan assets.

      g.      In December 2001, ITF ceased doing business in the United States, and ITFS subsequently filed for bankruptcy and dissolved.

      h.      As of December 2001, ITFS stopped making contributions to the Plan.

      i.      Since ITFS ceased operations, it has not taken fiduciary responsibility for the operation and administration of the Plan and its assets, nor has it appointed anyone to assume said responsibility.

      j.      Since ITFS ceased operations, participants and beneficiaries of the Plan have not been able to obtain distributions from the Plan of their individual account balances.

      k.      In December 2000, the Board of Directors of ITFS passed a resolution that the Plan be terminated. However, the termination was never effectuated.

      l.      Once the Plan is terminated, the terms of the Plan require the trustee to distribute the Plan assets to the participants and beneficiaries.

      The foregoing statements are true and correct to the fullest extent of my

knowledge, information and belief. I so declare under penalty of perjury.

Date: 2/6/06

*Deborah A. Fee*
Deborah A. Fee