IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---

ELAINE L. CHAO, SECRETARY OF LABOR, :
UNITED STATES DEPARTMENT OF LABOR,
: CIVIL ACTION
             Plaintiff,
v. : No. 05-843 (GMS)

IT FACTORY SOLUTION, INC., and PUTNAM :
FIDUCIARY TRUST COMPANY,

:
             Defendants

---

### AFFIDAVIT OF MARK V. SWIRSKY IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

Mark V. Swirsky, being duly sworn according to law, states that he is an attorney with the Office of the Solicitor, United States Department of Labor, and makes this affidavit in support of Plaintiff's Motion for Default Judgment:

1.    I am the attorney of record in the above-captioned case and represent the plaintiff, Elaine L. Chao, Secretary of Labor, United States Department of Labor.

2.    On December 5, 2005, plaintiff filed a Complaint against defendant IT Factory Solution, Inc. ("ITFS"). Plaintiff also named Putnam Fiduciary Trust Company as a defendant in that Complaint pursuant to Fed. R. Civ. P. 19(a).

3.    Because ITFS is a void corporation according to the Delaware Division of Corporations, service of the summons and complaint upon ITFS was effectuated by serving the Delaware Secretary of State pursuant to 8 Del. C. Ann. § 321(b). (See Exh. 1 attached hereto).

GOVERNMENT EXHIBIT C

4.      ITFS never filed an Answer to the Complaint or asserted any defense in this action as provided by the Federal Rules of Civil Procedure.

The foregoing statements are true and correct to the fullest extent of my knowledge, information and belief. I so declare under penalty of perjury.

_____
Mark V. Swirsky

Date: February 7, 2006