**U.S. Department of Labor**

Office of the Solicitor
Suite 630 East
The Curtis Center
170 S. Independence Mall West
Philadelphia, PA 19106-3306

Reply to the Attention of:  Sol # 0577369
Telephone: (215) 861-5146

Facsimile:
(215) 861-5162

December 13, 2005

Attention: Service of Process
Secretary of State, Division of Corporations
401 Federal Street
Dover, DE 19901

Re.: *Secretary of Labor v. IT Factory Solution, Inc., et al.*
     USDC D Del., Civil Action No. 05-843

Dear Sir/Madam:

I am enclosing two copies of a Summons and Complaint in the above-referenced matter, and a check in the amount of $50, in order to effectuate service upon Uptime Computer Services, Inc. (a void Delaware corporation) pursuant to 8 Del. C. Ann. § 321(b).

Very truly yours,

Catherine Oliver Murphy
Regional Solicitor

By: /s/ Mark V. Swirsky
    Mark V. Swirsky
    Attorney

Enclosures

SOL:MVS:DF


GOVERNMENT EXHIBIT
1 (attached to Exhibit C)

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of February 2006, I electronically filed Exhibit 1 which is an attachment to Exhibit C as part of plaintiff's Motion for Default Judgment and proposed Default Judgment with the Clerk of the Court using CM/ECF. I have also served this document via first class mail on the following:

>Jason A. Tucker, Esq.
>Putnam Investments
>1 Post Office Square
>Boston, MA 02109
>
>Secretary of State
>Division of Corporations
>401 Federal Street
>Dover, DE 19901

>>s/ Mark V. Swirsky
>>Mark V. Swirsky
>>Attorney