IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---

ELAINE L. CHAO, SECRETARY OF LABOR, :
UNITED STATES DEPARTMENT OF LABOR,
: CIVIL ACTION
  Plaintiff,
: No. 05-843 (GMS)
v.
:
IT FACTORY SOLUTION, INC., and PUTNAM :
FIDUCIARY TRUST COMPANY,

---

## DECLARATION OF JACQUELINE M. CARMICHAEL

I, Jacqueline M. Carmichael, hereby make this declaration pursuant to Section 1746 of Title 28 of the United States Code:

1. I am president of JM Pension Advisory Inc., 15807 Crabbs Branch Way, Suite B, Derwood, Maryland, 20855, (301) 417-0099.

2. I have served as a plan administrator and consultant for qualified pension plans for more than twenty (20) years.

3. For the past four years, I have served as independent fiduciary for over eighty (80) "orphan" or troubled qualified pension plans.

4. I am a member in good standing of the American Society of Pension Professionals and Actuaries and hold two professional designations from this society: QPA (Qualified Plan Administrator) and QKA (Qualified 401(k) Plan Administrator).

5. I received a B.B.A. degree from the George Washington University in 1980.

6. I regularly teach continuing education courses for certified public accountants (CPAs) regarding various qualified retirement plan issues.

1

7. I have agreed to serve as the independent fiduciary for the Solutions by Design, Inc. Money Purchase Plan ("the Plan").

8. My duties as independent fiduciary for the Plan will be to administer the Plan in order to effectuate its termination, including the distribution of Plan assets to the participants and beneficiaries.

9. I have agreed to perform the duties set forth in paragraphs 7 and 8 for the amount of $7,700.

The foregoing statements are true and correct to the fullest extent of my knowledge, information and belief. I so declare under penalty of perjury.

Date: 3/31/06

Jacqueline M. Carmichael