## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of March 2006, I electronically filed the Declaration

of Jacqueline M. Carmichael using CM/ECF.  I have also served this document via first class

mail on the following:

> Jason A. Tucker, Esq.
> Putnam Investments
> 1 Post Office Square
> Boston, MA 02109
>
> Secretary of State
> Division of Corporations
> 401 Federal Street
> Dover, DE 19901

> s/ Mark V. Swirsky
> Mark V. Swirsky
> Attorney