IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---

ELAINE L. CHAO, SECRETARY OF LABOR, :
UNITED STATES DEPARTMENT OF LABOR,
: CIVIL ACTION
Plaintiff,
:
v. : No. 05-843 (GMS)

IT FACTORY SOLUTION, INC., and PUTNAM :
FIDUCIARY TRUST COMPANY,
:
Defendants

---

## DEFAULT JUDGMENT

Plaintiff having filed her Complaint herein, and defendant IT Factory Solution, Inc. ("ITFS") having failed to answer or otherwise defend against the Complaint; and the plaintiff having moved the Court to enter default judgment in favor of the plaintiff and against defendant ITFS for failure to answer or otherwise defend against plaintiff's Complaint; and it appearing by affidavits filed of record that ITFS is the Plan Administrator and fiduciary of the Solutions by Design, Inc. Money Purchase Plan ("the Plan"), and in that capacity at relevant times violated ERISA §§ 404(a)(1)(A) and 404(a)(1)(B), and that such violations have prevented the distribution of Plan assets to the participants and beneficiaries, it is hereby

ORDERED, ADJUDGED AND DECREED by the Court:

1. That defendant ITFS is removed from its position as fiduciary with respect to the Plan and that Jacqueline Carmichael ("Carmichael") is appointed as an independent fiduciary to administer the Plan in order to effectuate its termination, including the distribution of Plan assets to the participants and beneficiaries;

2. That for the services performed pursuant to this Default Judgment, the independent fiduciary shall receive $7,700 for fees and expenses;

3. That defendant Putnam Financial Trust Company is directed to turn the assets of the Plan over to the independent fiduciary appointed by the Court to administer the Plan.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that costs will be allowed the plaintiff against defendant IT Factory Solutions, Inc.

Dated: 4/7/06

United States District Judge